# PIERCE BAINBRIDGE

August 7, 2023

Honorable John Michael Vazquez, U.S.D.J
United States District Court
2 Federal Square
Newark, NJ 07102

      Re:    Daniel M. Risis vs. Lincoln Electric Products Co., et ano.
             Case No: 2:23-cv-03239-JMV-JRA

Dear Judge Vazquez,

Good Afternoon Your Honor, please excuse my papers as I am a pro se litigant and I do my best to navigate a legal process that I am untrained in. I am also just one human with the help of one human and as non-attorneys we always proceed with best efforts and best intentions. This is no excuse, it is simply fact. I am not an attorney who will do their best to abide by rules that I am untrained in, and will also uphold my promise to do so throughout this process.

At this time I would like to formally request more time to respond in more detail to Mr. Gengaro's Motion, as well as an extension of time in this matter for any pending upcoming response/motion dates.

For background purposes, I just recently was dismissed from a very excruciating personal bankruptcy proceeding and there are lingering hearing dates and fee hearings upcoming that I must attend and prepare for. I am not an attorney, nor do I have the resources and Defendants attorney is well aware of this.

Mr. Gengaro, the attorney for Defendant, also represents Defendant's son, Matthew Leff, in a separate legal matter against me. The conflict of interest is outstanding. To begin with attorney Gengaro is aware of my legal schedule in other matters, he is aware of background information that other attorneys would not normally have, he is aware that I am being blocked from getting accounting, he is aware of the amount of information that will come to light when this case is able to move forward.

When this case is able to move forward the truth will come out. Not only about the Defendant, Bruce Leff and Lincoln Electric but also the truth about Matthew Leff, the knowledge of their acts and how they hid them for years.

Mr. Gengaro will do what he can to have this case dismissed on technicalities and motion practice. I, Daniel M. Risis will do what I can to have this case move forward on the truth and the laws of the United States of America.

Just like all scrupulous attorneys, their knowledge of the courts and the system that they're in, puts them at a massive advantage and they will forgo any ethical responsibility for a chance to get a lot of money from their clients.

I am a father, a husband, an entrepreneur, and a human being. I also have to provide a living for my family and watch my boys grow. I am asking for the courts to understand that I am trying to tell the truth and have my day in court. Due process and the ability bring to light the civil and criminal acts that have been broken by Defendant and his company.

This matter concerns also the health and safety of dozens if not hundreds of employees and customers that interacted with Lincoln Electric. My case is vast and affects many, all of this information and evidence will be provided in discovery, and depositions and oral arguments and even trial.

I will gladly provide a further scope of evidence over the next week if Your Honor should request such. I can provide emails, text messages, photos, proof of work, anything that is needed should Your Honor feel necessary.

This lawsuit is about the haves, and the have Nots, and what the haves are able to do to the have Nots by dangling a carrot in front of them, and destroying their lives, if they do not get all parts of everything they want.

My facts are all real, and I will show you the evidence that Bruce Leff is not only fully guilty of the charges. I brought forth against him. His attorney is just as much to blame for this entire process because it was Christopher Gengaro who has advised his clients to file multiple frivolous litigation against me, all the while, as I have tried to restore the businesses.

That's what this is all about, my day in court. I have not had my day in court since my truth will end all claims against me and change the narrative of everything you can possibly read about me since the truth is simply being skewed. Human beings lie, but the numbers don't lie. Numbers don't lie. You will see numbers not lawyers, creating and inventing worries in order to silence me, but numbers that are not able to be defending against since they are so defamatory towards myself, my family and all of my business is that even a consideration to dismiss this case without proper depositions and a discovery schedule, so that the courts can see the truth, is simply nothing more than an example of everything that I was talking about within the complaint.

Respectfully,

Daniel M. Risis